**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS CAPPELLO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY AFFLERBACK, <u>et al</u>._____** | : | **NO. 02-4473** |

### O R D E R

AND NOW, this        day of July, 2002, plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on July 5, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

    1.   Plaintiff's motion to proceed <u>in forma pauperis</u> is DENIED without prejudice; and

    2.   The Clerk shall CLOSE this case statistically.

**BY THE COURT:**


_____

        **J. CURTIS JOYNER, J.**


---

1.  Plaintiff must get a certified account statement from any prison in which he was incarcerated during the six-month period from January 5, 2002 to July 5, 2002.  To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.